JULIA HARPMAN, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $15,115.74; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID COHEN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CORA EVERETT MAREES, Appellant, v. SAUGERTIES AND NEW YORK STEAMBOAT COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

HECTOR M. HITCHINGS, as Trustee of the Estate of MAGGIE S. PAINE, Appellant, v. THE LEHIGH VALLEY COAL COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

ALBERT GEORGE WALKER, Respondent, v. WARD BAKING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion, Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

LILYAN M. STOKES and Another, as Executors, etc., of THOMAS STOKES, Deceased, Respondents, v. WILLIAM E. D. STOKES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

ELVIRA SINCLAIR, Plaintiff, v. LYDIA M. PURDY, Individually and as Administratrix, etc., of ELIJAH F. PURDY, Deceased, and Others, Defendants, Impleaded with JENNIE A. MAPES, Appellant, and EDWIN G. COREY and Another, as Executors, etc., and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.; Smith, J., dissenting.

WILLIAM H. MAHON, Respondent, v. SIGMUND ORBACH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

I. RAVICH & SONS, INC., Respondent, v. SAMUEL NITKE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

MICHAEL H. TROPAUER, Appellant, v. MAR A PIEL, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

EDWARD SMITH, Respondent, v. JOHN FISH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer upon payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.